No. ―― ――. KALAMA ET UX. *v.* KELLEY ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. A–738. DE FALCO *v.* METRO DADE COUNTY ET AL. Application for stay of elections, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. A–774 (92–1570). FARMERS INSURANCE GROUP, DBA TRUCK INSURANCE EXCHANGE ET AL. *v.* MASSEY ET AL. C. A. 10th Cir. Application for stay of execution and enforcement of judgment pending disposition of the petition for writ of certiorari, addressed to JUSTICE KENNEDY and referred to the Court, denied.

No. 105, Orig. KANSAS *v.* COLORADO. Motion of the Special Master for award of interim fees and reimbursement of expenses for the period June 22, 1992, through February 28, 1993, granted, and the Special Master is awarded a total of $153,042.26 to be paid as follows: 40% by Kansas, 40% by Colorado, and 20% by the United States. [For earlier order herein, see, *e. g.*, 506 U. S. 805.]

No. 108, Orig. NEBRASKA *v.* WYOMING ET AL. State of Nebraska's Motion for Leave to File Amended Petition for an Apportionment of Non-Irrigation Season Flows and for the Assertion of New Claims denied without prejudice with respect to Count I. The Special Master is directed to provide a recommendation to the Court as to whether the motion for leave to file an amended petition should be granted with respect to Counts II and III. [For earlier decision herein, see, *e. g., ante*, p. 584.]

No. 92–1398. RICHARDSON, CHAPTER 7 PANEL TRUSTEE *v.* MT. ADAMS FURNITURE. C. A. 9th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.